AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

CARLOS ANTONIO GONZALEZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 01-2623-GARBER

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 11, 2000 to present__ in __Miami-Dade__ county, in the __Southern__ District of __Florida__ defendant(s) did, (Track Statutory Language of Offense)

CARLOS ANTONIO GONZALEZ, did knowingly and willfully move or travel in interstate or foreign commerce with the intent to avoid prosecution in the State of Florida for the crime of 1st Degree Murder.

SEE ATTACHED AFFIDAVIT

FILED by _____ D.C.
MAG. SEC.

APR 19 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __Special Agent, FBI__ and that this complaint is based on the following
Official Title

facts:

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__April 19, 2001__          at     __Miami, Florida__
Date                                      City and State

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE         _____
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT

I, Christopher Ganninger, being first duly sworn, do hereby depose and state as follows:

1. I presently, am employed as a Special Agent with the Federal Bureau of Investigation (FBI), stationed at Miami, Florida, and have been so employed since April 1998. Before being employed by the FBI, I had seven years of law enforcement experience as, among other things, two years as a criminal investigator for the Collin County District Attorney's office, Collin County, Texas. The information contained in this affidavit is based on my personal investigation and on information related to me by other law enforcement officers.

2. This affidavit is submitted in support of my application for a criminal complaint charging CARLOS ANTONIO GONZALEZ (GONZALEZ) with traveling in interstate commerce from Miami-Dade County, Florida, with intent to avoid prosecution for a felony under the laws of the State of Florida.

3. By letter dated January 24, 2001, addressed to the Federal Bureau of Investigations Violent Crimes/Fugitive Task Force, Miami, Florida, Katherine Fernandez Rundle, State Attorney for the Eleventh Judicial Circuit, requested the assistance of the FBI under the Unlawful Flight to Avoid Prosecution Statute, Title 18, United States Code, Section 1073, to locate and apprehend GONZALEZ, who is being sought by Miami-Dade, County, in the State of Florida for the crime of Murder in the First Degree, warrant number F0032800.

4. On October 11, 2000, a warrant was issued out of the Seventeenth Judicial Circuit, in and for Miami-Dade County, Florida. This warrant was based on an affidavit

sworn to by Detective Joseph M. Hernandez of the Miami-Dade Police Department and charges GONZALEZ with Murder in the First Degree.

5. Detective Hernandez advised that during his investigation, he developed information that GONZALEZ received a ride to California with a truck driver, who is a cooperative witness. The cooperative witness reported that GONZALEZ was dropped off in Van Nuys, California on October 24, 2000. Shortly thereafter, GONZALEZ placed a call to his girlfriend. The call was placed from a pay telephone located in Van Nuys, California. This telephone call was corroborated by Detective Hernandez by way of a trap and trace on GONZALEZ's girlfriend's telephone.

6. GONZALEZ is described as a white male, with a date of birth of November 4, 1981. GONZALEZ is six feet, two inches tall. GONZALEZ has black hair and brown eyes, Florida drivers license number G524101814040, social security account number 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.

7. The State Attorney's Office has made the representation that the State of Florida will extradite and prosecute GONZALEZ if he is apprehended in another state, district, or territory of the United States, and that the State of Florida will bear all expenses arising therefrom.

8. Based upon the above, I have probable cause to believe that GONZALEZ has fled the State of Florida to avoid prosecution for the felony crime of Murder in the First Degree.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
CHRISTOPHER J. GANNIGER, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 19th day of April, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

3