UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 01-MJ-2623-BLG

UNITED STATES OF AMERICA

vs.

CARLOS ANTONIO GONZALEZ,

    **Defendant.**
_____/

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the complaint against the above named defendant.

Respectfully submitted,

BY: _____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 2/4/14

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: U.S. Attorney's Office (Sivashree Sundaram, AUSA)